**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| In re: | § | |
|---|---|---|
| | § | |
| WIRSING, KAREN R. | § | Case No. 11-14980 |
| | § | |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/08/2011 . The undersigned trustee was appointed on 04/08/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $ 9,765.32

Funds were disbursed in the following amounts:

| | | |
|---|---|---|
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 0.00 |
| Bank service fees | | 19.13 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 2,130.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,616.19 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/02/2011 and the deadline for filing governmental claims was 11/02/2011 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,513.53 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,512.50 , for a total compensation of $ 1,512.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/09/2012 By:/s/Elizabeth C. Berg, Trustee

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit A

Case No: 11-14980 MB Judge: MANUEL BARBOSA
Case Name: WIRSING, KAREN R.

For Period Ending: 01/09/12

Trustee Name: Elizabeth C. Berg, Trustee
Date Filed (f) or Converted (c): 04/08/11 (f)
341(a) Meeting Date: 06/13/11
Claims Bar Date: 11/02/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence 7N917 Falcons Trail St. Ch | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. Maple Beech Dr. Middle Inlet, WI 54114<br>Debtor's interest in property transfered to ex-husband pursuant to a marital settlement agreement approved by the divorce court | 40,000.00 | 0.00 | | 0.00 | FA |
| 3. Checking, Harris, S. Elgin, IL | 725.00 | 0.00 | | 0.00 | FA |
| 4. Landlord | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary contents of 2 bedroom Apt. | 300.00 | 0.00 | | 0.00 | FA |
| 6. One adult | 600.00 | 0.00 | | 0.00 | FA |
| 7. IMRF | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Jeep Grand Cherokee<br>Debtor's ex-husband paid Estate for his interest in the Jeep, pursuant to the marital settlement agreement approved by the divorce court | 13,000.00 | 7,625.00 | | 7,635.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $346,375.00 | $7,625.00 | | $7,635.32 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): / / Current Projected Date of Final Report (TFR): / /

FORM 2

Page: 1

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-14980 -MB
Case Name: WIRSING, KAREN R.

Taxpayer ID No: *******9495
For Period Ending: 01/09/12

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******4293 Money Market Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/22/11 | 8 | MARK WIRSING<br>7N917 Falcons Trail<br>Saint Charles, IL 60175 | Turnover of funds for Jeep | 1129-000 | 7,265.00 | | 7,265.00 |
| 07/22/11 | 8 | MARK WIRSING<br>309 E. Irving Park Rd.<br>Roselle, IL 60172-2006 | Turover of Funds for Jeep | 1129-000 | 2,500.00 | | 9,765.00 |
| 07/29/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.01 | | 9,765.01 |
| 08/02/11 | | Transfer to Acct #*******4303 | Bank Funds Transfer<br>Transfer funds to cut exemption check. ECB<br>August 02, 2011, 04:24 pm | 9999-000 | | 2,130.00 | 7,635.01 |
| 08/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 7,635.08 |
| 09/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,635.14 |
| 10/31/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,635.20 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.73 | 7,625.47 |
| 11/30/11 | INT | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,625.53 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.40 | 7,616.13 |
| 12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,616.19 |
| 12/29/11 | | Transfer to Acct #*******2640 | Bank Funds Transfer | 9999-000 | | 7,616.19 | 0.00 |

Account *******4293

| | | | | |
|---|---|---|---|---|
| | Balance Forward | | 0.00 | |
| 2 | Deposits | | 9,765.00 | |
| 6 | Interest Postings | | 0.32 | |
| | Subtotal | $ | 9,765.32 | |
| 0 | Adjustments In | | 0.00 | |
| 0 | Transfers In | | 0.00 | |
| | Total | $ | 9,765.32 | |

| | | | |
|---|---|---|---|
| 0 | Checks | | 0.00 |
| 2 | Adjustments Out | | 19.13 |
| 2 | Transfers Out | | 9,746.19 |
| | Total | $ | 9,765.32 |

**FORM 2**



Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-14980 -MB
Case Name: WIRSING, KAREN R.

Taxpayer ID No: *******9495
For Period Ending: 01/09/12

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******4303 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/02/11 | | Transfer from Acct #*******4293 | Bank Funds Transfer<br>Transfer funds to cut exemption check. ECB<br>August 02, 2011, 04:24 pm | 9999-000 | 2,130.00 | | 2,130.00 |
| 08/02/11 | 001001 | Ms. Karen Wirsing<br>92 West Benson<br>Cortland IL 60112 | Debtor's Exemption in Jeep Proceeds | 8100-002 | | 2,130.00 | 0.00 |

Account *******4303

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 0 | Deposits | 0.00 | 1 | Checks | 2,130.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 2,130.00 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 2,130.00 | | | |
| | Total | $ 2,130.00 | | | |

FORM 2

Page: 3

Exhibit B

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-14980 -MB
Case Name: WIRSING, KAREN R.

Taxpayer ID No: *******9495
For Period Ending: 01/09/12

Trustee Name: Elizabeth C. Berg, Trustee
Bank Name: Congressional Bank
Account Number / CD #: *******2640 Checking Account

Blanket Bond (per case limit): $ 100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/29/11 | | Transfer from Acct #*******4293 | Bank Funds Transfer | 9999-000 | 7,616.19 | | 7,616.19 |

Account *******2640

| Count | Item | | Amount |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 0 | Deposits | | 0.00 |
| 0 | Interest Postings | | 0.00 |
| | Subtotal | $ | 0.00 |
| 0 | Adjustments In | | 0.00 |
| 1 | Transfers In | | 7,616.19 |
| | Total | $ | 7,616.19 |

| Count | Item | | Amount |
|---|---|---|---|
| 0 | Checks | | 0.00 |
| 0 | Adjustments Out | | 0.00 |
| 0 | Transfers Out | | 0.00 |
| | Total | $ | 0.00 |

Report Totals

| Count | Item | | Amount |
|---|---|---|---|
| | Balance Forward | | 0.00 |
| 2 | Deposits | | 9,765.00 |
| 6 | Interest Postings | | 0.32 |
| | Subtotal | $ | 9,765.32 |
| 0 | Adjustments In | | 0.00 |
| 2 | Transfers In | | 9,746.19 |
| | Total | $ | 19,511.51 |

| Count | Item | | Amount |
|---|---|---|---|
| 1 | Checks | | 2,130.00 |
| 2 | Adjustments Out | | 19.13 |
| 2 | Transfers Out | | 9,746.19 |
| | Total | $ | 11,895.32 |
| | Net Total Balance | $ | 7,616.19 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER



Case Number: 11-14980
Debtor Name: WIRSING, KAREN R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 999<br>8100-00 | Ms. Karen Wirsing<br>92 West Benson<br>Cortland IL 60112 | Administrative | | $2,130.00 | $2,130.00 | $0.00 |
| 001<br>2100-00 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Administrative | | $1,512.50 | $0.00 | $1,512.50 |
| 000001<br>070<br>7100-00 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $2,690.83 | $0.00 | $2,690.83 |
| 000002<br>070<br>7100-00 | Atlas Acquisitions LLC<br>assignee of Lord & Taylor<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $3,915.61 | $0.00 | $3,915.61 |
| 000003<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $9,105.92 | $0.00 | $9,105.92 |
| 000004B<br>070<br>7100-00 | Bank North<br>POB 160<br>Crivitz, WI 54114-0160 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $5,060.03 | $0.00 | $5,060.03 |
| 000006<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $1,523.19 | $0.00 | $1,523.19 |
| 000007<br>070<br>7100-00 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $1,732.31 | $0.00 | $1,732.31 |
| 000008<br>070<br>7100-00 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $1,611.87 | $0.00 | $1,611.87 |
| 000009<br>070<br>7100-00 | GE Capital Retail Bank<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $2,991.06 | $0.00 | $2,991.06 |
| 000010<br>070<br>7100-00 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $293.67 | $0.00 | $293.67 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 09, 2012

Case Number: 11-14980
Debtor Name: WIRSING, KAREN R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000004A<br>050<br>4110-00 | Bank North<br>POB 160<br>Crivitz, WI 54114-0160 | Secured | | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $32,566.99 | $2,130.00 | $30,436.99 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-14980
Case Name: WIRSING, KAREN R.
Trustee Name: Elizabeth C. Berg, Trustee

Balance on hand $ 7,616.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | Bank North | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 7,616.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $ 1,512.50 | $ 0.00 | $ 1,512.50 |

Total to be paid for chapter 7 administrative expenses $ 1,512.50

Remaining Balance $ 6,103.69

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,924.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ 2,690.83 | $ 0.00 | $ 567.82 |
| 000002 | Atlas Acquisitions LLC | $ 3,915.61 | $ 0.00 | $ 826.28 |
| 000003 | Discover Bank | $ 9,105.92 | $ 0.00 | $ 1,921.55 |
| 000004B | Bank North | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 5,060.03 | $ 0.00 | $ 1,067.78 |
| 000006 | Chase Bank USA, N.A. | $ 1,523.19 | $ 0.00 | $ 321.42 |
| 000007 | Capital One, N.A. | $ 1,732.31 | $ 0.00 | $ 365.55 |
| 000008 | World Financial Network National Bank | $ 1,611.87 | $ 0.00 | $ 340.14 |
| 000009 | GE Capital Retail Bank | $ 2,991.06 | $ 0.00 | $ 631.18 |
| 000010 | B-Line, LLC | $ 293.67 | $ 0.00 | $ 61.97 |

Total to be paid to timely general unsecured creditors $ 6,103.69

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE