## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WIRSING, KAREN R. | § | Case No. 11-14980 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Elizabeth C. Berg, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :

10:00 a.m.
on Thursday, February 9, 2012
in Courtroom 250 of the Kane County Courthouse
100 South 3rd Street, Geneva, Illinois

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  _____          By:  Kenneth S. Gardner _____

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                        §
                                              §
WIRSING, KAREN R.                             §        Case No. 11-14980
                                              §
            Debtor(s)                         §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,765.32 |
| and approved disbursements of | $ | 2,149.13 * |
| leaving a balance on hand of[1] | $ | 7,616.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000004A | Bank North | $        0.00 | $        0.00 | $        0.00 | $        0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 7,616.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Elizabeth C. Berg, Trustee | $      1,512.50 | $        0.00 | $      1,512.50 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,512.50 |
| Remaining Balance | $ | 6,103.69 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Trustee made payment to Debtor on account of her allowed personal property exemption in the proceeds received.
_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,924.49  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 21.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Nordstrom fsb | $ 2,690.83 | $ 0.00 | $ 567.82 |
| 000002 | Atlas Acquisitions LLC | $ 3,915.61 | $ 0.00 | $ 826.28 |
| 000003 | Discover Bank | $ 9,105.92 | $ 0.00 | $ 1,921.55 |
| 000004B | Bank North | $ 0.00 | $ 0.00 | $ 0.00 |
| 000005 | Chase Bank USA, N.A. | $ 5,060.03 | $ 0.00 | $ 1,067.78 |
| 000006 | Chase Bank USA, N.A. | $ 1,523.19 | $ 0.00 | $ 321.42 |
| 000007 | Capital One, N.A. | $ 1,732.31 | $ 0.00 | $ 365.55 |
| 000008 | World Financial Network National Bank | $ 1,611.87 | $ 0.00 | $ 340.14 |
| 000009 | GE Capital Retail Bank | $ 2,991.06 | $ 0.00 | $ 631.18 |
| 000010 | B-Line, LLC | $ 293.67 | $ 0.00 | $ 61.97 |

Total to be paid to timely general unsecured creditors          $          6,103.69

Remaining Balance                                               $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/

Elizabeth C. Berg, Trustee

*Elizabeth C. Berg, Trustee*
*19 S, LaSalle Street  #1500*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 11-14980-MB
Karen R. Wirsing                                                Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dgomez        Page 1 of 3       Date Rcvd: Jan 13, 2012
                              Form ID: pdf006     Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2012.
```
db          +Karen R. Wirsing,    92 W Benson Ave.,   Cortland, IL 60112-4007
17105825    +Allied Data Corporation,    % Avon 2 MGrove,   1311 Westheimer, Ste. 400,   Houston, TX 77006-2643
17105826     Bank North,    POB 160,   Crivitz, WI 54114-0160
17105827    +Bill Me Later,    POB 105658,   Atlanta, GA 30348-5658
17105828    +Blatt, Hasenmiller, Leibsker & Moor,    % HSBC Nevada,    211 Landmark Dr., Ste. C1, POB 489,
              Normal, IL 61761-0489
17713769    +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,   Dallas, TX 75374-0933
17105829     Central Portfolio,    % JB Robinson-Sterling Jewelers,    6640 Shady oak Rd. #300,
              Eden Prairie, MN 55344-7710
17105830     Chase,   Cardmember Service,    POB 15153,   Wilmington, DE 19886-5153
17706223     Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17105831    +Credit Control LLC,    % Victoria's Secret,    POB 187,   Hazelwood, MO 63042-0187
17105833    #Drs/Bonded Collection Systems,    % JB Robinson-Sterling Jewelers,    POB 498609,
              Cincinnati, OH 45249-8609
17105835    +GMAC Mortgage,    POB 4622,   Waterloo, IA 50704-4622
17105836    ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
             (address filed with court: Harris NA,    POB 6201,   Carol Stream, IL 60197-6201)
17105837    +HSBC Retail Services,    % Carson Pirie Scott,    POB 17264,   Baltimore, MD 21297-1264
17105838     HSBC Retail Services,    % Best Buy,   POB 17298,   Baltimore, MD 21297-1298
17105839    +JB Robinson Jewelers,    POB 1799,   Akron, OH 44309-1799
17105841     Law Office of Curtis O Barnes,    % Best Buy,    POB 1390,   Anaheim, CA 92815-1390
17105842     Lord & Taylor,    POB 960035,   Orlando, FL 32896-0035
17105843     Ltd Financial Srvices LP,    % Macy's,    POB 630769,   Houston, TX 77263-0769
17105844     Macy's,    POB 689195,   Des Moines, IA 50368-9195
17105845    +Mark Wirsing,    7 N 917 Falcons Trail,   Saint Charles, IL 60175-6859
17105846     Meijer Platinum MC,    POB 960015,   Orlando, FL 32896-0015
17105847     National Action Financial Services,    % Chase Bank USA, NA,    POB 9027,   Buffalo, NY 14231-9027
17105849    +Progressive Financial Services, Inc,    % Kohl's Department Store,    POB 22083,
              Tempe, AZ 85285-2083
17105850     Soft Water City, Inc.,    % RFGI,    POPB 537,   Sycamore, IL 60178-0537
17105851     Victoria's Secret,    POB 659728,   San Antonio, TX 78265-9728
17105852     Viking Collection Service, Inc.,    % Chase Bank, USA, NA,    PBO 59207,
              Minneapolis, MN 55459-0207
17105853     WFNNB,    % Victoria's Secret,    POB 182125,   Columbus, OH 43218-2125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17219519    +E-mail/Text: bnc@atlasacq.com Jan 14 2012 03:14:11     Atlas Acquisitions LLC,   294 Union St.,
              Hackensack, NJ 07601-4303
17989677     E-mail/Text: resurgentbknotifications@resurgent.com Jan 14 2012 02:18:46     B-Line, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
17105832     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2012 03:42:37     Discover,   POB 6103,
              Carol Stream, IL 60197-6103
17640515     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 14 2012 03:42:37     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
17890410     E-mail/PDF: rmscedi@recoverycorp.com Jan 14 2012 03:45:14     GE Capital Retail Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17105834    +E-mail/PDF: gecsedi@recoverycorp.com Jan 14 2012 03:45:08     GE Money Bank,   % Meijer Dual Card,
              POB 103104,   Roswell, GA 30076-9104
17105840     E-mail/PDF: cr-bankruptcy@kohls.com Jan 14 2012 03:44:30     Kohl's,   Bill Payment Center,
              POB 2983,   Milwaukee, WI 53201-2983
17105848     E-mail/Text: bnc@nordstrom.com Jan 14 2012 02:19:54     Nordstrom Bank,   POB 79134,
              Phoenix, AZ 85062-9134
17638993    +E-mail/Text: bnc@nordstrom.com Jan 14 2012 02:19:54     Nordstrom fsb,   P.O. Box 6566,
              Englewood, CO 80155-6566
17714808     E-mail/Text: bnc-alliance@quantum3group.com Jan 14 2012 04:09:03
              World Financial Network National Bank,   Quantum3 Group LLC,   PO Box 788,
              Kirkland, WA  98083-0788
                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: dgomez          Page 2 of 3          Date Rcvd: Jan 13, 2012
                             Form ID: pdf006        Total Noticed: 38
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 15, 2012**                    **Signature:**   _Joseph Speetjens_

District/off: 0752-1          User: dgomez          Page 3 of 3          Date Rcvd: Jan 13, 2012
                             Form ID: pdf006        Total Noticed: 38


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2012 at the address(es) listed below:
          Elizabeth C Berg    bergtrustee@baldiberg.com,   eberg@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Roy  Safanda, Esq   on behalf of Debtor Karen Wirsing rsafanda@xnet.com
                                                                        TOTAL: 3