UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
                                            §
WIRSING, KAREN R.                           §      Case No. 11-14980
                                            §
                                            §
           Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  Elizabeth C. Berg, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Elizabeth C. Berg, Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Ms. Karen Wirsing | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC Mortgage POB 4622 Waterloo, IA 50704 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris NA POB 6201 Carol Stream, IL 60197-6201 | | | | | |
| 000004A | BANK NORTH | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERG, ELIZABETH | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Data Corporation % Avon 2 MGrove 1311 Westheimer, Ste. 400 Houston, TX 77077-5547 | | | | | |
| | Bill Me Later POB 105658 Atlanta, GA 30348 | | | | | |
| | Blatt, Hasenmiller, Leibsker & Moor % HSBC Nevada 211 Landmark Dr., Ste. C1, POB 489 Normal, IL 61761 | | | | | |
| | Central Portfolio % JB Robinson-Sterling Jewelers 6640 Shady oak Rd. #300 Eden Prairie, MN 55344-7710 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Credit Control LLC % Victoria's Secret POB 187 Hazelwood, MO 63042 | | | | | |
| | Drs/Bonded Collection Systems % JB Robinson-Sterling Jewelers POB 498609 Cincinnati, OH 45249-8609 | | | | | |
| | GE Money Bank % Meijer Dual Card POB 103104 Roswell, GA 30076 | | | | | |
| | HSBC Retail Services % Best Buy POB 17298 Baltimore, MD 21297-1298 | | | | | |
| | HSBC Retail Services % Carson Pirie Scott POB 17264 Baltimore, MD 21297-1624 | | | | | |
| | Law Office of Curtis O Barnes % Best Buy POB 1390 Anaheim, CA 92815-1390 | | | | | |
| | Ltd Financial Srvices LP % Macy's POB 630769 Houston, TX 77263-0769 | | | | | |
| | Macy's POB 689195 Des Moines, IA 50368-9195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Action Financial Services % Chase Bank USA, NA POB 9027 Buffalo, NY 14231-9027 | | | | | |
| | Nordstrom Bank POB 79134 Phoenix, AZ 85062-9134 | | | | | |
| | Progressive Financial Services, Inc % Kohl's Department Store POB 22083 Tempe, AZ 85285 | | | | | |
| | Soft Water City, Inc. % RFGI POPB 537 Sycamore, IL 60178-0537 | | | | | |
| | Viking Collection Service, Inc. % Chase Bank, USA, NA PBO 59207 Minneapolis, MN 55459-0207 | | | | | |
| | WFNNB % Victoria's Secret POB 182125 Columbus, OH 43218-2125 | | | | | |
| 000002 | ATLAS ACQUISITIONS LLC | | | | | |
| 000010 | B-LINE, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004B | BANK NORTH | | | | | |
| 000007 | CAPITAL ONE, N.A. | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000003 | DISCOVER BANK | | | | | |
| 000009 | GE CAPITAL RETAIL BANK | | | | | |
| 000001 | NORDSTROM FSB | | | | | |
| 000008 | WORLD FINANCIAL NETWORK NATIONAL BA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - Wirsin TDR

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-14980    Judge: MANUEL BARBOSA | Trustee Name: Elizabeth C. Berg, Trustee |
| Case Name: | WIRSING, KAREN R. | Date Filed (f) or Converted (c): 04/08/11 (f) |
| | | 341(a) Meeting Date: 06/13/11 |
| For Period Ending: 04/12/12 | | Claims Bar Date: 11/02/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family residence 7N917 Falcons Trail St. Ch | 290,000.00 | 0.00 | | 0.00 | FA |
| 2. Maple Beech Dr. Middle Inlet, WI 54114 | 40,000.00 | 0.00 | | 0.00 | FA |
| Debtor's interest in property transfered to ex-husband pursuant to a marital settlement agreement approved by the divorce court | | | | | |
| 3. Checking, Harris, S. Elgin, IL | 725.00 | 0.00 | | 0.00 | FA |
| 4. Landlord | 1,750.00 | 0.00 | | 0.00 | FA |
| 5. Ordinary contents of 2 bedroom Apt. | 300.00 | 0.00 | | 0.00 | FA |
| 6. One adult | 600.00 | 0.00 | | 0.00 | FA |
| 7. IMRF | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2007 Jeep Grand Cherokee | 13,000.00 | 7,625.00 | | 7,635.00 | FA |
| Debtor's ex-husband paid Estate for his interest in the Jeep, pursuant to the marital settlement agreement approved by the divorce court | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.32 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $346,375.00     $7,625.00     $7,635.32     $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Recovered from ex-spouse the Debtor's interest in marital property (an automobile), pursuant to divorce decree; Trustee reviewed and resolved claim issues; Trustee filed her TFR on 1/11/12; final hearing is scheduled for 2/9/12; thereafter, Trustee will distribute funds; prepare TDR and close case

Initial Projected Date of Final Report (TFR): 01/11/12     Current Projected Date of Final Report (TFR): 01/11/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.05c

FORM 2 - Wirsing TDR

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 11-14980 |
| Case Name: | WIRSING, KAREN R. |
| Taxpayer ID No: | 30-6289495 |
| For Period Ending: | 04/12/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4293  Money Market Account |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  07/22/11 | 8 | MARK WIRSING<br>7N917 Falcons Trail<br>Saint Charles, IL 60175 | Turnover of funds for Jeep | 1129-000 | 7,265.00 | | 7,265.00 |
| C  07/22/11 | 8 | MARK WIRSING<br>309 E. Irving Park Rd.<br>Roselle, IL 60172-2006 | Turover of Funds for Jeep | 1129-000 | 2,500.00 | | 9,765.00 |
| C  07/29/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 9,765.01 |
| C t  08/02/11 | | Transfer to Acct #*******4303 | Bank Funds Transfer<br>Transfer funds to cut exemption check.  ECB August 02, 2011, 04:24 pm | 9999-000 | | 2,130.00 | 7,635.01 |
| C  08/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,635.08 |
| C  09/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,635.14 |
| C  10/31/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,635.20 |
| C  10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.73 | 7,625.47 |
| C  11/30/11 | INT | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,625.53 |
| C  11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 9.40 | 7,616.13 |
| C  12/29/11 | INT | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 7,616.19 |

Page Subtotals      9,765.32      2,149.13

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011)  (Page: 10)

FORM 2 - Wirsing TDR

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-14980 | Trustee Name: | Elizabeth C. Berg, Trustee |
| --- | --- | --- | --- |
| Case Name: | WIRSING, KAREN R. | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******4293 Money Market Account |
| Taxpayer ID No: | 30-6289495 | | |
| For Period Ending: | 04/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C t 12/29/11 | | Transfer to Acct #*******2640 | Bank Funds Transfer | 9999-000 | | 7,616.19 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 9,765.32 | 9,765.32 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,746.19 | |
| Subtotal | 9,765.32 | 19.13 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 9,765.32 | 19.13 | |

\* Reversed
t Funds Transfer
C Bank Cleared

Page Subtotals  0.00  7,616.19

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2 - Wirsing 104

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-14980 |
| Case Name: | WIRSING, KAREN R. |
| Taxpayer ID No: | 30-6289495 |
| For Period Ending: | 04/12/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4303  Checking Account |
| Blanket Bond (per case limit): | $  100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  08/02/11 | | Transfer from Acct #*******4293 | Bank Funds Transfer  Transfer funds to cut exemption check.  ECB August 02, 2011, 04:24 pm | 9999-000 | 2,130.00 | | 2,130.00 |
| C    08/02/11 | 001001 | Ms. Karen Wirsing  92 West Benson  Cortland IL 60112 | Debtor's Exemption in Jeep Proceeds | 8100-002 | | 2,130.00 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 2,130.00 | 2,130.00 | 0.00 |
| Less: Bank Transfers/CD's | 2,130.00 | 0.00 | |
| Subtotal | 0.00 | 2,130.00 | |
| Less: Payments to Debtors | | 2,130.00 | |
| Net | 0.00 | 0.00 | |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

Page Subtotals            2,130.00            2,130.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2 - wirsing TDR

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| | |
|---|---|
| Case No: | 11-14980 |
| Case Name: | WIRSING, KAREN R. |
| Taxpayer ID No: | 30-6289495 |
| For Period Ending: | 04/12/12 |

| | |
|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******2640  Checking Account |
| Blanket Bond (per case limit): | $   100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  12/29/11 | | Transfer from Acct #*******4293 | Bank Funds Transfer | 9999-000 | 7,616.19 | | 7,616.19 |
| C   02/13/12 | 003001 | Elizabeth C. Berg, Trustee<br>c/o Baldi Berg & Wallace<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Trustee Compensation | 2100-000 | | 1,512.50 | 6,103.69 |
| C   02/13/12 | 003002 | Nordstrom fsb<br>P.O. Box 6566<br>Englewood, CO 80155 | Claim 000001, Payment 21.10% | 7100-000 | | 567.82 | 5,535.87 |
| C   02/13/12 | 003003 | Atlas Acquisitions LLC<br>assignee of Lord & Taylor<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000002, Payment 21.10% | 7100-000 | | 826.28 | 4,709.59 |
| C   02/13/12 | 003004 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000003, Payment 21.10% | 7100-000 | | 1,921.55 | 2,788.04 |
| C   02/13/12 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000005, Payment 21.10% | 7100-000 | | 1,067.78 | 1,720.26 |
| C   02/13/12 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145 | Claim 000006, Payment 21.10% | 7100-000 | | 321.42 | 1,398.84 |

Page Subtotals    7,616.19    6,217.35

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2 - WIRSING TDR

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-14980 | |
| Case Name: | WIRSING, KAREN R. | |
| Taxpayer ID No: | 30-6289495 | |
| For Period Ending: | 04/12/12 | |

| | | |
|---|---|---|
| Trustee Name: | Elizabeth C. Berg, Trustee | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******2640 Checking Account | |
| Blanket Bond (per case limit): | $ 100,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5145 | | | | |
| C 02/13/12 | 003007 | Capital One, N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Claim 000007, Payment 21.10% | 7100-000 | | 365.55 | 1,033.29 |
| C 02/13/12 | 003008 | World Financial Network National Bank<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim 000008, Payment 21.10% | 7100-000 | | 340.14 | 693.15 |
| C 02/13/12 | 003009 | GE Capital Retail Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000009, Payment 21.10% | 7100-000 | | 631.18 | 61.97 |
| C 02/13/12 | 003010 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000010, Payment 21.10% | 7100-000 | | 61.97 | 0.00 |

Page Subtotals     0.00     1,398.84

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2 - Wirsing TDR

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 6

Exhibit 9

| Case No: | 11-14980 | Trustee Name: | Elizabeth C. Berg, Trustee |
|---|---|---|---|
| Case Name: | WIRSING, KAREN R. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******2640  Checking Account |
| Taxpayer ID No: | 30-6289495 | | |
| For Period Ending: | 04/12/12 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,616.19 | 7,616.19 | 0.00 |
| Less: Bank Transfers/CD's | 7,616.19 | 0.00 |
| Subtotal | 0.00 | 7,616.19 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 7,616.19 |

\* **Reversed**
t **Funds Transfer**
C **Bank Cleared**

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********4293 | 9,765.32 | 19.13 | 0.00 |
| Checking Account - ********4303 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********2640 | 0.00 | 7,616.19 | 0.00 |
| | 9,765.32 | 7,635.32 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*